**EXHIBIT 2:** INFRINGEMENT
URL: httpss://www.facebook.com/TheFirstonTV/videos/860018498706870

