

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lindsay Edelstein
Partner
(917) 546-7764 Phone
lre@msk.com

November 21, 2025

**VIA ECF**

The Honorable Loretta A. Preska
United States Courthouse, Southern District of New York
500 Pearl St., Courtroom 2220
New York, New York 10007

    Re:    <u>***Maxwell Olson v. The First Digital, Inc.*,** **Case No.: 1:25-CV-08854**</u>

Dear Judge Preska:

Our firm represents defendant The First Digital, Inc. ("First Digital") in the above-captioned matter. We write pursuant to Rule 1.E of Your Honor's Individual Rules and Practices to request a 30-day extension of time to answer, move, or otherwise respond to Plaintiff Maxwell Olson's ("Plaintiff") complaint (the "Complaint"; ECF 1).

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), First Digital's deadline to respond to the Complaint is currently 21 days after service of the summons, which is November 28, 2025. *See* ECF 7. First Digital respectfully requests a 30-day extension of the current deadline reflected on the docket, until December 29, 2025[1], to respond to the Complaint. First Digital requires this extension as it was recently engaged and needs more time to become fully acquainted with the facts and issues of the case to prepare an appropriate response.

There have been no prior requests for an extension. The requested extension will not affect any currently scheduled conferences or any other deadlines. Plaintiff's counsel has consented to this request.

We thank the Court for its attention to this matter.

Sincerely,

/s/*Lindsay R. Edelstein*

Lindsay Edelstein
Partner of
MITCHELL SILBERBERG & KNUPP LLP

cc:    All Counsel of record (via ECF)

---

[1] Thirty days after November 28, 2025 falls on Sunday, December 28, 2025. Under Federal Rule of Civil Procedure 6(a)(1)(C), the deadline therefore extends to Monday, December 29, 2025.