UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXWELL OLSON

                    Plaintiff,            25-CV-8854 (LAP)

    -against-

THE FIRST DIGITAL, INC.,                  ORDER

                    Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' January 27, 2026 letter [dkt. no. 14] advising that the parties have reached a settlement in principle. The Clerk of the Court shall mark this action closed, subject to reopening by letter within 60 days if the settlement is not effected. All other pending deadlines shall be held in abeyance.

**SO ORDERED.**

Dated:    New York, New York
          January 28, 2026

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge