

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 29, 2026

***Via ECF***
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

SO ORDERED.

_____
Loretta A. Preska
United States District Judge

April 29, 2026

Re:     *Maxwell Olson v. The First Digital, Inc.; Case No.: 1:25-cv-08854-LAP*

Dear Judge Preska:

Plaintiff Maxwell Olson ("Plaintiff") and defendant The First Digital, Inc. ("Defendant"), through their counsel, jointly write pursuant to Section 1(E) of Your Honor's Individual Practices to respectfully request **a thirty (30) day extension of time for the parties to file a dismissal of or to otherwise re-open the action.**

By way of background, on January 27, 2026, the parties filed a Consent Letter Motion to continue the action in light of the parties' resolution in principle of the claims in this matter. Dkt. 14. On January 28, 2026, the Court entered a conditional sixty (60) day Order marking the action closed, "subject to reopening by letter within 60 days if the settlement is not effected." Dkt. 15. On March 27, 2026, the parties filed their first joint letter requesting additional time to file a dismissal or re-open the action which was granted on March 30, 2026. Dkt. 17.

This is the parties second joint request for an extension, and no other dates will be impacted by this request. The proposed new date to file a dismissal of or to restore the action is Wednesday, May 29, 2026. The parties have been working diligently to memorialize their resolution of all claims in this matter but need additional time to do so due to certain complex issues.

Should the Court deny the extension request, Plaintiff respectfully requests that the Court reopen the action. We thank the Court for its consideration of this request.

Respectfully submitted,

By:     */s/ Renee J. Aragona*
Renee J. Aragona, Esq.
Sanders Law Group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: raragona@sanderslaw.group

By: */s/ Lindsay R. Edelstein*
Lindsay R. Edelstein, Esq.
Mitchell Silberberg & Knupp LLP
437 Madison Ave., 25th Floor
New York, NY 10022
(917) 546-7764
Email: lre@msk.com

*Counsel for Plaintiff*

*Counsel for Defendant*